FILED
CLERK, U.S. DISTRICT COURT

JAN 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRUCE KING,

    Petitioner,

v.

JAMES A. YATES, WARDEN,

    Respondent.

No. CV 07-7957-GPS (PJW)

[PROPOSED] ORDER DISMISSING SECOND AND SUCCESSIVE HABEAS PETITION

Before the Court is Petitioner's second habeas corpus petition challenging his 2003 state conviction for kidnaping and pandering. His prior petition, *King v. Yates*, 05-2416 GPS (PJW), was denied on the merits by this Court in May 2006. Thereafter, this Court and the Ninth Circuit Court of Appeals denied his application for a certificate of appealability. Because Petitioner has already pursued a habeas petition in this court challenging his 2003 conviction, he cannot proceed on another petition challenging this same conviction

1  without first obtaining leave from the Ninth Circuit, see 28 U.S.C.
2  § 2244, which Plaintiff has failed to do.  For this reason, the
3  Petition is denied and the action is dismissed.

5  DATED: 1/14/08

                                    _____
                                    GEORGE P. SCHIAVELLI
                                    UNITED STATES DISTRICT JUDGE

11 Presented by:

   _____
14 PATRICK J. WALSH
   UNITED STATES MAGISTRATE JUDGE

28 S:\PJW\Cases-State Habeas\KING 7957\Ord dismiss.wpd