FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE KING, | No. CV 07-7957-GPS (PJW) |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES A. YATES, WARDEN, | |
| Respondent. | |

Pursuant to the Order Dismissing Second and Successive Habeas Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed.

DATED: 1/14/08

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\KING 7957\Judgment.wpd